AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CAPCOM CO., LTD.

*Plaintiff(s)*

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

*Defendant(s)*

Civil Action No. 26-cv-25907

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Partnerships and Unincorporated Associations Identified on Schedule "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laura M. Reich
Clarissa A. Rodriguez
Harper Meyer LLP
201 S. Biscayne Blvd., Suite 800
Miami, FL 33131
Email: lreich@harpermeyer.com, crodriguez@harpermeyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 30, 2026

s/ K. Rivers

Deputy Clerk
U.S. District Courts

Civil Action No. 1:25-cv-25907

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The P'ships and and all other Defs identified in the Compl. was received by me on *(date)* 07/30/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I, or someone at my direction, electronically published the Complaint, Summons, and other relevant documents on a website. I, or someone at my direction, also sent an email to an email address for each Defendant that includes a link to said website.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/03/2026

/s/ Laura M. Reich
*Server's signature*

Laura M. Reich, Attorney
*Printed name and title*

201 S. Biscayne Blvd., Suite 800
Miami, FL 33131
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset