**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-25907-ALTMAN**

CAPCOM CO., LTD.,

Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

_______________________________________/

**DECLARATION OF LAURA M. REICH**

I, Laura M. Reich, in the City of Miami, in the State of Florida, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Florida and the United States District Court for the Southern District of Florida. I am an attorney for Plaintiff Capcom Co., Ltd. ("Plaintiff" or "Capcom"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On April 27, 2026, this Court entered an Order Authorizing Alternative Service ("Order") permitting Capcom to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by providing the address to Capcom's designated serving notice website, <https://www.tme-law.com/case/25-cv-25907> ("Capcom's Website"), to Defendants via the e-mail addresses provided by Defendants as part of the data related to its e-commerce store, including customer service e-mail addresses, onsite contact forms, and private messaging applications and/or services, or via the e-commerce platform e-mail

for each of the e-commerce stores; and by posting a copy of the Summons, Complaint, and all filings in this matter on Capcom's Website. ECF No. [24].

3. I hereby certify that on August 3, 2026, I, or someone at my direction[1], electronically published the Complaint, Summons, and other relevant documents filed in this case to Capcom's Website.

4. I hereby certify that on August 3, 2026, I, or someone at my direction, sent an email to the email addresses identified in Exhibit A hereto that includes a link to said website, and also included the Complaint, Summons, as well as other relevant documents.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026, in Miami, Florida.

/s/ *Laura M. Reich*
Laura M. Reich

[1] Specifically, a paralegal at TME Law, P.C., which maintains Capcom's Website and serves as Capcom's counsel in factually analogous Schedule A matters in other district courts, published the documents to Capcom's Website and sent the e-mail to Defendants.