# EXHIBIT A

| No. | Seller Alias | Email Address to Serve |
|---|---|---|
| 1 | Shop1103543208 Store | 764626670@qq.com |
| 2 | Casamy Store | akimeascheri@gmail.com |
| 3 | hanyi0080 | yanghanyin843804@163.com |
| 4 | NGUYEN TRUNG HIEU AMZTB25 | nguyentrunghieu241298@gmail.com |
| 5 | weiwenlili | cieiw3@163.com |
| 6 | XinHuaQuManMingFuZhuangDian | thomasgreene6320@outlook.com |
| 7 | XiongXiongLe | w19959790223@outlook.com |
| 8 | Yaxoiamz | cxiaomaomisq@outlook.com |
| 9 | bida-josh | suzhi058@sina.com |
| 10 | blueberry15 | m15362337041@163.com |
| 11 | channela | m18305981667@163.com |
| 12 | dhpetde | dhgate_home2024@163.com |
| 13 | dhpeteb | 178754095@qq.com |
| 14 | druella | a9854626@163.com |
| 15 | druzya | m17056943445@163.com |
| 16 | handsome_mans | 15359814981@163.com |
| 17 | johiny | m13253745834@163.com |
| 18 | verelmer | mm18046212553@163.com |
| 19 | aalil_77 | aalilbakaya@gmail.com |
| 20 | caiyunpiao_39638 | 17733462963@163.com |
| 21 | dajidali81 | dajidali20220804@163.com |
| 22 | dongfang2 | dongf202410@163.com |
| 23 | gold-coast999 | xingzhilian6653@163.com |
| 24 | icyclake | supergokuchan@hotmail.com |
| 25 | kurninovia | nkur728@gmail.com |
| 26 | liulianw_29 | liulianwangfan890@163.com |
| 27 | loveacgcosplay | shjimmy365pa@outlook.com |
| 28 | starcinecollectible | starcinecollectibleac@gmail.com |
| 29 | Vazava Store | support@vazava.com |
| 30 | 2323dwsdwd | fashiontn01@163.com |
| 31 | 322dwadww | fashiontn01@163.com |
| 32 | ACETFY | os63502339zigua@163.com |
| 33 | AD VGVHB | ld12102025@163.com |
| 34 | Aiminigogo | kokorqmi4@outlook.com |
| 35 | AS GHJN | sfhyuqguy@163.com |
| 36 | axcdfgv mkkm | fgjhfgjhgjgh111@163.com |
| 37 | BFDGDN | liantianhao1882025@163.com |
| 38 | bgfhdhfj | haohaiyan2208@hotmail.com |
| 39 | BSGHT | xiyinmeiguo5@hotmail.com |

| | | |
|---|---|---|
| 40 | CircularChic | huayihk8476@163.com |
| 41 | consis | wayga819@163.com |
| 42 | cszgd | TamiaLerud09@hotmail.com |
| 43 | cvfgh cdrf | ShaundaGrodecki653@hotmail.com |
| 44 | dasikd23 | lixiyinmeiguo7@hotmail.com |
| 45 | DevelopDock | imnazebaackq@hotmail.com |
| 46 | DFHDTJ | EsperanzaChiarenza24@outlook.com |
| 47 | dgdfshfdhj | mengd1699@163.com; zyx1122025@163.com |
| 48 | dsaffegh | xlvxfse1269x@outlook.com |
| 49 | dsghdfhdf | zhongyao518125@163.com |
| 50 | dujaiwei | bsbsv79vo9j@zzzokk.com |
| 51 | etrthqa | lulingchung@sina.com |
| 52 | fdgbdxgvdrfhbdgvedh | Y060312@lulutone88.com |
| 53 | fswger | HermaSpates89@hotmail.com |
| 54 | FxcYc | kenmeifan582144@163.com |
| 55 | gakdhkhskdgfdg | L042803@lulutone88.com |
| 56 | gdhrj | OdetteGremo37@hotmail.com |
| 57 | Geree fore | wxl202422@163.com |
| 58 | ghdfhfj | miansadnn41@163.com |
| 59 | GRSBG | q876953523758@163.com |
| 60 | hbdjn | ZonaKager89@hotmail.com |
| 61 | hdsgdsh | biaokaipj1481@163.com |
| 62 | HDWQDI2 | lixiyinmeiguo9@hotmail.com |
| 63 | High quality home living | dwBYAA01@yeah.net |
| 64 | hihi you | bonifaceamorim6267@outlook.com; yoobfsu@163.com |
| 65 | Hongtao Shop | gaolinguaxzo049@163.com |
| 66 | Huangdie Shop | peng1700400477037@163.com |
| 67 | hudian | tt33550509@163.com |
| 68 | JBXSFF | ChristabellaAmparan100@hotmail.com |
| 69 | jhhffggd | lianlugan414@163.com |
| 70 | jufzw | sdvzx2662@163.com |
| 71 | kvhfvnnf | wlbre225ve@zzzokk.com |
| 72 | liwenbing123 | kenpengdp2002@163.com |
| 73 | lizhexuan0203 | benlaijians940@163.com |
| 74 | NFGXW | MireyaWenrich22@hotmail.com |
| 75 | NFSVFNB | fashiontn01@163.com |
| 76 | OIKHDRG | baizaiguanr60@163.com |
| 77 | Oolong 343 | MistiLiljeberg7976@hotmail.com; zyxdddd001@163.com |

| | | |
|---|---|---|
| 78 | qinghaixifalu | AA202504176@163.com |
| 79 | QWEDV F | TeishaGau233@outlook.com |
| 80 | RJHBFR | mallskonnd@zzzokk.com |
| 81 | sdb fdjkmn | NatashaKriegshauser6615@outlook.com |
| 82 | sdfh nvxck | xfzfegl9908@163.com; rjdkyxb4426@163.com |
| 83 | sdvcvj | ouche2048408@163.com |
| 84 | SGSFSFSDFdfsbdsghsgh65nh | dwbyaa125@163.com |
| 85 | TruffleTide5 | asd12345620250804@163.com |
| 86 | uukuxpgj | uu0vkux6pgj@zzzokk.com |
| 87 | VanillaVow45 | dgshdgddg@163.com |
| 88 | VantaWear Zenith Tees | L042806@lulutone88.com |
| 89 | VGG MJNJGT | RosauraAbbadessa482@hotmail.com |
| 90 | vsbdfs | WaltraudQuihuiz1570@hotmail.com |
| 91 | WE BGVGHYHU | dfggujiko@163.com |
| 92 | wenwenp | hh20122025@163.com |
| 93 | WINTER PARK CYCLES | xyfjj051606@jkbhgt.online |
| 94 | xialv | tun5240@163.com |
| 95 | xiangyangshilvmengbadianzishangwuyouxiangongsi | cjq10232025@163.com |
| 96 | xugangSHOP | hyuu223@163.com |
| 97 | xujianghua0203 | erxuems32@163.com |
| 98 | yanchangyong | taid2025@163.com |
| 99 | yangqinglong | i981101@163.com |
| 100 | yangxu123 | mangbenwaizot8@163.com |
| 101 | Yanqinghai Shop | cangh08012@163.com |
| 102 | YTASFG | xef6dvy33e@zzzokk.com |
| 103 | zenglili | yu88662025@163.com |
| 104 | zhanghaidong | TanwanVillage@outlook.com |
| 105 | Ð¢Ð¸Ñ…ÑƒÐ²Ð°Ð½ÑŒ | 2686283@zzzokk.com |
| 106 | A unique pattern | 2946185212@qq.com |
| 107 | ArtandPainting | 1045775727@qq.com |
| 108 | BAXUN CLOTHING | ataw061@163.com |
| 109 | Charming Neighbor Wang | qwer123456020231@163.com |
| 110 | damaijiaABC | pvo856713@163.com |
| 111 | Denim Dossier | wangdong5810@gmail.com |
| 112 | FZJFJSRC | anhe9662@163.com |
| 113 | Graffiti Threads | 1058369390@qq.com |
| 114 | Hi Clothing City | haigouwangluo123@163.com |
| 115 | LDavisa | 503306340@qq.com |

| | | |
|---|---|---|
| 116 | MBour | 2529016342@qq.com |
| 117 | N Moda Luxe | 278017119@qq.com |
| 118 | THTEE TWO | 3784292628@QQ.COM |
| 119 | TooYooYa | 19120111560@163.com |
| 120 | Y Moda Luck | 312801427@qq.com |
| 121 | yangqingyA | yangchunza@sina.com |
| 122 | yangxiongrA | yangxiongrui@sina.com |
| 123 | YINGWEIYU CLOTHING | cvtw889@163.com |
| 124 | CHANGGENG E-Commerce | 153224021@qq.com |
| 125 | Daily Tee Co. | zhongcheb70418@163.com |
| 126 | Distant place | nuao38@163.com |
| 127 | Feng Gaomonyi | tzylk81023309@outlook.com |
| 128 | guangzhounashukeji | yueqlnd56717@163.com |
| 129 | HaoLong Zhang | ekh8yxm@163.com |
| 130 | JIAXINHEHE | cdjiaxinh@yeah.net |
| 131 | JiQian Wang | kclarkwf09321690@outlook.com |
| 132 | kili kala | zaxlinny7322@163.com |
| 133 | Runze Technology | xhrt34@163.com |
| 134 | Shining World | niaoii8339@163.com |
| 135 | Urban Pulse | lietiei763@163.com |
| 136 | Cozy Grocery | 18610097659@163.com |
| 137 | jxsajdhjaksbx | 18518941789@163.com |
| 138 | litingting6791 | ugnw899@163.com |
| 139 | Mingtushu | vwdg98@163.com |
| 140 | yangbiao0841 | uigh527@163.com |
| 141 | ddmyearth | loromelangir@helphoupu.com |
| 142 | homepro13 | sophiexie@babyonlinedress.cn |
| 143 | homepro5 | sophiexie@babyonlinedress.cn |
| 144 | uk_hereford | m16538561577@163.com |
| 145 | MoeMarket | admin@moemarket.com;<br>istore4u@gmail.com;<br>japanbloom@gmail.com |
| 146 | CCASDWQFD | gaoganggf5@163.com |
| 147 | huhuhope | byuie33@163.com |
| 148 | huyewy | nyuie253@163.com |
| 149 | junjun111 | vwlpzbv@163.com |
| 150 | NeonNests | GGOOSHUANINC@outlook.com |
| 151 | ofgl2297 | ofgl2297@outlook.com |
| 152 | WKSFMMIFO | guangwva88@163.com |
| 153 | Elephant City | 455704691@qq.com |

| | | |
|---|---|---|
| 154 | Power Hat Shop | a815725829@gmail.com; 18144977273@139.com |
| 155 | Premium mens jacket | 18270939934@163.com |
| 156 | BOFEER | mufanvimo@163.com |
| 157 | Inson | zcon688lctcw2@163.com |
| 158 | Luna Looks | ngoquangtu.walmart@gmail.com |
| 159 | RRestar | 475768082@qq.com |
| 160 | goodly3128 | dinlin023@sina.com |
| 161 | victoriata | victoriata@163.com |
| 162 | honorystory8886 | kaicheng123123@163.com |
| 163 | ojibak | objik123@126.com |
| 164 | CustomFam, LLC | cs@customfam.com |
| 165 | B DOUBLE | xyfjj051503@jkbhgt.online |
| 166 | Cadadiaes sudadera | wzzy042801@lulutone88.com |
| 167 | CQQQSHOP | x13@qqq11.cc |
| 168 | fd kertgdf | bernardinakalkman763@outlook.com |
| 169 | fdykjfkydfg | hengjilium86295@163.com |
| 170 | hgvhg | nri974pm3z@zzzokk.com |
| 171 | HUANG ZE | zhangjunrong2424@163.com |
| 172 | JDOWNEO | tuluoduism37@163.com |
| 173 | JUDNIED | SN052019@mlymly.com |
| 174 | KShfkadgdgds | L042806@lulutone88.com |
| 175 | lalao | suh202505@163.com |
| 176 | Miyafifi | vtzec127@163.com |
| 177 | SALENA | kexing10006@163.com |
| 178 | SHICHAOYANG | z58@zxczu.com |
| 179 | Wiltson | Benjam@flyzzmly.store |
| 180 | xihuang SHOP | dfe23520508@163.com |
| 181 | yupengfeinvzhuang | qiaoliao243@163.com |
| 182 | yuzchao | xiyin00005@126.com |
| 183 | zhangxiangfujiaju | rowg645988@163.com |
| 184 | JetInkNest | ruilinbomarket@outlook.com |
| 185 | RICHENGKANG CLOTHING | ifvo704@163.com |
| 186 | 1998 NDS | 15583918397@163.com |
| 187 | Animation Toy Store | mcqueenbyrns9781@outlook.com |
| 188 | Brilliant | j1311750714@163.com |
| 189 | Feloiy Protection | lite401@163.com |
| 190 | Jason | biaohuihe@163.com |
| 191 | JiaYin Liang | dbatthb88115718@outlook.com |
| 192 | PENGRUN | tiankang89418@163.com |

| | | |
|---|---|---|
| 193 | SHOUWU | shouwu6675990@163.com |
| 194 | Wang Haibo | uyb5d7@163.com |
| 195 | xinghenian | fengekc6621@163.com |
| 196 | liuna5385 | fangpushuozd@163.com |
| 197 | BuErKongJianZhuangXiu | haotang86@126.com |
| 198 | elvayan | yan5400907817@sina.com |
| 199 | GAMESPFF | htj999598@163.com |
| 200 | jiangniyanstore | poyo00600882@163.com |
| 201 | LIXIANEU | lixianmaoyi2023@163.com |
| 202 | Longyan City Shilla District Yue Fang Yue trading Co., LTD | yfymy0430@163.com |
| 203 | longyanxinluolinchengweihanmaoyiyouxian gongsi | linchenwh@163.com |
| 204 | OY PATCH | ouyangjuan2412@163.com |
| 205 | paniclub | xwzuelbr@outlook.com |
| 206 | PTK-Shop | kodimirabe95732@gmail.com |
| 207 | sijiujinshishangmaoyouxiangongsi | qnm13592@163.com |
| 208 | Skycos Store | sky2018playyy@hotmail.com |
| 209 | thecostumebase | bstargalz@gmail.com |
| 210 | bearlittle | diunahei123@sina.com |
| 211 | berggren | mm18046200932@163.com |
| 212 | bernice_store | make0304@126.com |
| 213 | blessuillan | mm18046212553@163.com |
| 214 | chaoren_clothes | 853003757@qq.com |
| 215 | dhpetn | dhgate_home2024@163.com |
| 216 | eisirim | a9854614@163.com |
| 217 | emmanue | m15314712796@163.com |
| 218 | eventswedding | xaiban258@163.com |
| 219 | freakhouse | Banu1087@163.com |
| 220 | george_v | 3446152088@qq.com |
| 221 | heheda1 | 13081054146@163.com |
| 222 | hoodies011 | 15060124403@163.com |
| 223 | jasperwu | happynessbest@sina.com |
| 224 | jichang_store | a9854615@163.com |
| 225 | jinhut | m18695615682@163.com |
| 226 | kuhone | m18695615682@163.com |
| 227 | lianwu06 | 1933044584@qq.com |
| 228 | longan08 | yvonne05179@sina.com |
| 229 | lucianarose | mm18046213327@163.com |
| 230 | make07 | 599967567@qq.com |

| | | |
|---|---|---|
| 231 | mengqiqi01 | 3027623448@qq.com |
| 232 | odeletta | m15325270907@163.com |
| 233 | onlywear | m16513513497@163.com |
| 234 | payeahtee | chen9417nana@163.com |
| 235 | piggyy | tianmaoku@163.com |
| 236 | qiuti11 | 842175760@qq.com |
| 237 | tidal_front | a9854612@163.com |
| 238 | uledemode_official | 3193748241@qq.com |
| 239 | vikey18 | gucen3826@sina.com |
| 240 | zhaolinshe | ppag872204583ee9@sohu.com |
| 241 | yidai_yilu_2016 | okhong19@hotmail.com |
| 242 | baoyuna92 | baoyunaifeng88@126.com |
| 243 | COSWORLD2014 | 1348730344@qq.com |
| 244 | fashionday2018 | zhong201802@hotmail.com |
| 245 | fashionhub27 | 01dangme@gmail.com |
| 246 | fengqi560 | fengqitianran@126.com |
| 247 | fuyingbailu999 | huiji_768@163.com |
| 248 | guotaiminan_362508 | linguo-2018@outlook.com |
| 249 | happyev-8 | happyeverydaydm@163.com |
| 250 | herodream888 | zhouroushiwe@163.com |
| 251 | heycom71 | heycomingshop@hotmail.com |
| 252 | hotai18 | hotailyunxi@126.com |
| 253 | huaerjie-2025 | zhaoxiaojie81@163.com |
| 254 | huaweistore688 | ebay_c3_1@163.com |
| 255 | hxge1178 | 3112273811@qq.com |
| 256 | joydodochang | melissa-yao@hotmail.com |
| 257 | ke-cos-dancer | yunamycos@hotmail.com |
| 258 | kubaoleilei1118 | kubaoleilei@sina.com |
| 259 | luck-market | zheng3679163@hotmail.com |
| 260 | marvellou-60 | marvellousxiyi2578@163.com |
| 261 | mg_animecosmdse | xiaominggug@hotmail.com |
| 262 | militaryuse2014 | siyanan2014@163.com |
| 263 | qqqian-61 | qqqiansehua01@163.com |
| 264 | rex.l | rid_hershel@126.com |
| 265 | rrj-5299 | rrj0508@163.com |
| 266 | seasonpink | ebay_c2_2@163.com |
| 267 | superstarscjm | cjmking01@sina.com |
| 268 | topbadgeshopper | usebay2020@163.com |
| 269 | topmarket18 | yidoudashi@sohu.com |
| 270 | wholesale-vip | zhengshibo1987@hotmail.com |

| | | |
|---|---|---|
| 271 | xinxinlin88 | shengyunjinghui@163.com |
| 272 | yalinzy | yalunzyl@outlook.com |
| 273 | zheyuanch6 | zheyuanchenjing968@126.com |
| 274 | aeticon | support@aeticon.com |
| 275 | beuteeshop | beuteeshop2022@gmail.com; beuteeshopsales@gmail.com; pay.admin@charlesskloellc.com |
| 276 | Bipubunny | info.bipubunny@gmail.com |
| 277 | Cosmanles | service@cosmanles.com; topvoguelife@hotmail.com |
| 278 | Cosonsen | cosonsencos@gmail.com; Shop@cos-onsen.com |
| 279 | cossuits | service@cossuits.com |
| 280 | Crazecosplay | service@ravdero.com; support@cosplaylab.com; support@crazecosplay.com |
| 281 | Darkpick | paypal06@payments.jocustom.cn; service@darkpick.com |
| 282 | gcosplay | forgcosplay@gmail.com; gcosplaycom@gmail.com; store+44474531993@t.shopifyemail.com ; Yimeiwei240603@outlook.com |
| 283 | Gvavaya | support@gvavayacosplay.com |
| 284 | hooktab | nguyet.dt19071@gmail.com; support@hooktab.com |
| 285 | Kawaii Stop LLC | contact@kawaiistop.com |
| 286 | Real Leather Jackets | 99leatherjackets@gmail.com; admin@realeatherjackets.com; info@realeatherjackets.com |
| 287 | teenavi | contact@teenavi.com; 95joyfull@gmail.com |
| 288 | HMGJYTRE | tiktokyydy02@163.com |
| 289 | huanghailiang123 | jinyuesm72@163.com |
| 290 | huhuf | widhjg546@163.com |
| 291 | szsqfShop | mjoenovittr8@outlook.com |
| 292 | yufukang123 | woshunkc8@163.com |
| 293 | zhenghui992 | mianfei205@163.com |
| 294 | Feloiy US | baisong294@163.com |
| 295 | Liu Ded Toys | jiuwojia337573@163.com |
| 296 | atydfdsa1 | qcha73@163.com |
| 297 | baowokeyi | baowokeyi157@163.com |
| 298 | Kashif Alamdar | kashifalamdar@yahoo.com |
| 299 | Poereon Gifts | cjbam28@163.com |

| | | |
|---|---|---|
| 300 | AKTOTO-store | a17620840880@163.com |
| 301 | AlpamisSatullaev | alpamiscloud@gmail.com |
| 302 | Dokidoki Cosplay | dokidokicosplay@outlook.com |
| 303 | FuwillTech | antty-lau@hotmail.com |
| 304 | landynmccoybmsk168000 | landynmccoybmsk168000@gmail.com |
| 305 | QISHENGFENG | 779686867@qq.com |
| 306 | YuDanae | iaileisir@outlook.com |
| 307 | é‡‘å□Žå¸‚æ£‰ç›”ç”µå-□å•†åŠ¡å•†è¡Œä¸ªäººç‹¬èµ„ | xiny4826848@163.com |
| 308 | happy_clothes_house | a9854614@163.com |
| 309 | time_brocade | jailene158@163.com |
| 310 | dokidokicosplay | dokidokicosplay2019@gmail.com |
| 311 | Wang market | cjdv29@163.com |
| 312 | hefeipindan | rhehwsiwuh15030@163.com |
| 313 | allseasonsyy | sllhsllb@sina.com |
| 314 | caxupi | m18695615682@163.com |
| 315 | dunhuanwan | yasque@163.com |
| 316 | early_spring1 | a9854612@163.com |
| 317 | heartcrow_co | li56204zhang86@163.com |
| 318 | i0006 | i0006ss@163.com |
| 319 | loohyunsp | loohyunsp@163.com |
| 320 | louis_vh_store | 13615039511@163.com |
| 321 | naverfull | ywph17177244613@163.com |
| 322 | nickyoung06 | 495557667@qq.com |
| 323 | olylin1 | a9854613@163.com |
| 324 | popular_district1 | Gin5743@163.com |
| 325 | quality_life_hall | a9854614@163.com |
| 326 | tuofak | l13101419039@163.com |
| 327 | wangcai01 | 1486754682@qq.com |
| 328 | wangcai03 | 1486754682@qq.com |
| 329 | yoqlob | 13110795632@163.com |
| 330 | zhanglihong89 | lililisa9989@outlook.com |
| 331 | ddt177 | ddtapu@outlook.com |
| 332 | energy9410 | energy202303@126.com |
| 333 | king_anime | b5ttw@sina.com |
| 334 | lvlindis | chfhgd@126.com |
| 335 | makeorder | makeorder@gmail.com |
| 336 | naveenkavish | naveen.globaltrade@gmail.com |
| 337 | qiuqi-6 | qiuqixijyl@126.com |
| 338 | yohiyou_68 | yohiyouhai1892@163.com |

| | | |
|---|---|---|
| 339 | Mitgard Store | support@mitgard.com |
| 340 | RugHere | leytonwalerz2850@hotmail.com; support@rughere.com |
| 341 | WUCHAOMIN INCUS | krfrr569271@outlook.com |